

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2019

No. 04-18-00718-CV

**IN THE INTEREST OF J.B.S., ET AL., CHILDREN,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02879
Honorable Richard Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal from the trial court's final order terminating appellant's parental rights. On December 27, 2018, appellant's court-appointed appellate counsel filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), asserting there is no meritorious issue to raise on appeal. After reviewing the brief, we find the brief is insufficient in light of our recent decision in *In re N.F.M.*, No. 04-18-00475-CV, 2018 WL 6624409 (Tex. App.—San Antonio Dec. 19, 2018, no pet. h.).

Accordingly, we **ORDER** appointed counsel's *Anders* brief stricken and that the brief be redrawn.[1] We **ORDER** the redrawn brief to be filed in this court on or before **January 30, 2019**. We further **ORDER** appointed counsel to notify appellant that the *Anders* brief has been stricken, that there is no current deadline for filing a pro se brief, and to provide this court with proof that she has notified appellant as ordered.

We **order** the clerk of this court to serve a copy of this order on the trial court and all counsel.

_____
Beth Watkins, Justice

---

[1] We advise counsel to pay particular attention to the necessary components of an *Anders* brief as set out in our decision in *N.F.M.* *See* 2018 WL 6624409, *3-*4. Appointed counsel is instructed that pursuant to our decision in *N.F.M.*, conclusory statements that the appeal is frivolous are inadequate; rather, appointed counsel must explain why and how she reached her conclusion that the appeal is frivolous. *See Earle v. Ratliff*, 998 S.W.2d 882, 890 (Tex. 1999) (holding statement is conclusory if basis for statement is unexplained); *CA Partners v. Spears*, 274 S.W.3d 51, (Tex. App.—Houston [14th Dist.] 2008, pet. denied) (holding that conclusory statement is one that does not provide underlying facts to support conclusion).

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court